# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF US VS. Martinez-Rodriguez

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

ENRIQUE MARTINEZ-RODRIGUEZ

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate 08mj263
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

18 USC 1324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: ______

IF YES, how much do you earn per month? $ ______

IF NO, give month and year of last employment. How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☐ No N/A

IF YES, how much does your Spouse earn per month? $ ______

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| 400 | VIDEOGRAPHY / CAMERAMAN (NOT CONSISTENT) |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ ______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
A's MOTHER
17 yr. SON
18 yr. DAUGHTER

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| - RENT | $ | $ 100 |
| - UTILITIES | $ | $ 35 |
| - FOOD | $ | $ 200 |
| - TUITION FOR KIDS | $ | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/30/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ✗ [signature]

FILED
JAN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB DEPUTY