**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Mr. Martinez-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ENRIQUE MARTINEZ-RODRIGUEZ**,<br>Defendant. | ) | CASE NO. 08CR0291-MJL<br><br>JOINT MOTION TO CONTINUE HEARING |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel, and Federal Defenders of San Diego, counsel for Mr. Martinez-Rodriguez, along with Assistant United States Attorney Carlos Arguello, that the sentencing hearing in the above-mentioned case should be continued from May 12, 2008 at 8:30 a.m. until May 19, 2008 at 8:30 a.m.

**SO STIPULATED.**

Dated: May 8, 2008

*/s/ Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Martinez-Rodriguez

Dated: May 8, 2008

*/s/ Carlos Arguello*
CARLOS ARGUELLO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos Arguello**
Carlos.Arguello@usdoj.gov

Dated: May 8, 2008

*/s/ Shaffy Moeel*

SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Shaffy_Moeel@fd.org