UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ENRIQUE MARTINEZ-RODRIGUEZ,<br>Defendant. | ) | Case No. 08CR0291-L<br><br>ORDER TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED**, that the sentencing hearing in the above-mentioned case, for Mr. Martinez-Rodriguez, who is in custody, be continued from May 12, 2008 at 8:30 a.m. until May 19, 2008 at 8:30 a.m. as stipulated and agreed upon by all parties.

**IT IS SO ORDERED.**

DATED: May 12, 2008

M. James Lorenz
United States District Court Judge